UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J. SKOULIDAKIS and KASSANDRA
SOTELO,

                Plaintiffs,

           -against-

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Defendant.

**ORDER**

26-CV-01544 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 1, 2026, Plaintiffs Peter J. Skoulidakis and Kassandra Sotelo filed "Plaintiffs' First Request for Production of Documents." (Doc. 13). The Court does not permit the parties to file discovery materials on the docket. *See* Fed. R. Civ. P. 5(d)(1)(A).

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery demands docketed on July 1, 2026 (Doc. 13) from the docket but retain the summary docket text for the record.

**SO ORDERED.**

Dated:  White Plains, New York
        July 2, 2026

_____
      Philip M. Halpern
      United States District Judge